F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MALE PERFORMANCE MEDICAL PARTNERSHIP, LLC and MEDICAL PARTNERSHIP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP M. HAYS, an individual<br><br>Defendant. | Case No.: 2:18-cv-01734-GMN-GWF<br><br>**STIPULATION AND ORDER SETTING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1(a) and Fed. R. Civ. P. 6(b)(1)(A), Plaintiffs MALE PERFORMANCE MEDICAL PARTNERSHIP, LLC ("MPMP"), and MEDICAL PARTNERSHIP, LLC ("MP"), (collectively "Plaintiffs") and Defendant PHILIP M. HAYS ("Defendant" or "Hays"), by and through their undersigned counsel, stipulate to a deadline of and including January 7, 2019, for Defendant Hays to file and serve his answer or other response to the Complaint.

Good cause for this request exists to provide the undersigned counsel for Defendant time not only to investigate the facts and assess the potential for settlement of this case but also with regard to the following related actions filed in this District:

- Case No. 2:18-cv-01731-APG-CWH (MPMP and MP v. 79, LLC), and
- Case No. 2:18-cv-01914-RFB-GWF (Tissue Regeneration Technologies, LLC, and General Patent, LLC (collectively "TRT") v. MPMP, MP, et. al.).

The undersigned counsel for Defendant Phillip M. Hays is also counsel for Defendant 79, LLC

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-0837           1

in Case No. 2:18-cv-01731-APG-CWF and counsel for Plaintiff TRT in Case No. 2:18-cv-01914-RFB-GWF, oppose the undersigned Plaintiffs' counsel in this action and both of these related cases. Plaintiffs' counsel believes that a conflict of interest may exist in Defendant's counsel in this case representing Defendant in this action and in Case No. 2:18-cv-01914-RFB-GWF (TRT v. MPMP, MP et al). By entering into this stipulation, Plaintiffs shall not waive this objection.

The undersigned counsel for the parties in this case are engaging in good faith efforts to assess whether the parties in this action will be able to resolve their dispute through a negotiated settlement. This effort, however, is also impacted by and may require resolution of overlapping legal and factual issues raised in these related actions. Good cause also exists, given the impending Christmas holiday season. As such, the parties have agreed to set the deadline to respond to January 7, 2019, not only for the defendant in this action but for the defendants in the related actions as well.

For the forgoing reasons, the parties hereby stipulate to set the deadline for Defendant 79 LLC to answer or otherwise respond to January 7, 2019.

**IT IS SO AGREED AND STIPULATED:**

| **WEIDE & MILLER, LTD.** | **HOWARD & HOWARD ATTORNEYS PLLC** |
|---|---|
| By: */s/ F. Christopher Austin* <br> F. Christopher Austin, Esq. <br> Nevada Bar No. 6559 <br> *caustin@weidemiller.com* <br> 10655 Park Run Drive, Suite 100 <br> Las Vegas, NV 89144 <br> (702) 382-4804 <br> *Attorneys for Defendant* | By: */s/ Jonathan W. Fountain* <br> Jonathan W. Fountain, Esq. <br> Nevada Bar No. 10351 <br> *jwf@h2hlaw.com* <br> 3800 Howard Hughes Pkwy., Suite 1000 <br> Las Vegas, NV 89169 <br> (702) 257-1483 <br> *Attorneys for Plaintiffs* |

**IT IS SO ORDERED:**

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE
DATED: 12-06-2018