UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MALE PERFORMANCE MEDICAL PARTNERSHIP LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP M. HAYS, an individual<br><br>Defendant. | Case No. 2:18-cv-01734-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Jonathan W. Fountain, Esq., and the law firm of The Howard & Howard Attorneys PLLC's Motion to Withdraw as Counsel of Record for Plaintiffs Male Performance Medical Partnership, LLC, and Medical Partnership LLC (ECF No. 10), filed December 19, 2018. To date, no party has filed a response to this motion and the time for opposition has now expired. Counsel represents that there are issues relating to NRPC 1.16(a)(3), and Plaintiffs have informed him they were terminating the representation. The Court finds the movant has substantially established good cause for withdrawal. Additionally, Defendants are advised that a corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Accordingly,

**IT IS HEREBY ORDERED** that Jonathan W. Fountain, Esq., and the law firm of The Howard & Howard Attorneys PLLC's Plaintiffs Male Performance Medical Partnership, LLC, and Medical Partnership LLC (ECF No. 10) is **granted**.

**IT IS FURTHER ORDERED** that Male Performance Medical Partnership, LLC, Medical Partnership LLC, Leonard Messina, and Las Vegas Male Performance Clinic shall have until **February 7, 2019**, to retain counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court is instructed to remove Howard & Howard PLLC and attorney Jonathan W. Fountain from CM/ECF service list of this case.

Dated this 7th day of January, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE