UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MALE PERFORMANCE MEDICAL PARTNERSHIP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP M. HAYS, *et al*.,<br><br>Defendants. | Case No. 2:18-cv-01734-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff Male Performance Medical Partnership, LLC failure to retain counsel. On January 7, 2019 the Court granted Jonathan W. Fountain, Esq., and Howard & Howard Attorneys PLLC's Motion to Withdraw as Counsel for Male Performance Medical Partnership LLC. *See* ECF No. 11. The Court instructed Plaintiff to retain new counsel no later than February 7, 2019 if it intends to continue to litigate this matter. Unincorporated associations may appear in federal court only through licensed counsel. *U.S. v. High Country Broad Co., Inc*., 3 F3d 12455, 1245 (9th Cir. 1993). Plaintiff Male Performance Medical Partnership, LLC shall have until **March 15, 2019** to retain counsel. Failure to designate local counsel will result in an order to show cause why this matter should not be dismissed. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Male Performance Medical Partnership, LLC shall have until **March 15, 2019** to designate local counsel as counsel of record.

Dated this 19th day of February, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1